IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN BELLAN, individually and on behalf of all others similarly situated,** | : : | |
| **Plaintiff** | : | No. 1:20-cv-00744 |
| | : | |
| **v.** | : | (Judge Kane) |
| | : | |
| **CAPITAL BLUE CROSS,** | : | |
| **Defendant** | : | |

## **ORDER**

**AND NOW**, on this 10th day of March 2022, upon consideration of Plaintiff Dawn Bellan ("Plaintiff")'s unopposed motion for settlement approval (Doc. No. 75), Plaintiff's brief in support (Doc. No. 76), the parties' proposed settlement agreement (Doc. No. 76-1), and the declarations of counsel (Doc. Nos. 76-2, 76-3), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the parties are directed to **SHOW CAUSE** within eleven (11) days from the date of this Order as to why the Court should approve as fair and reasonable:

1) The release provision contained in § IV, Paragraph 3.a. of the proposed settlement agreement as written; and

2) The settlement procedure outlined in § IV, Paragraph 3.b. of the proposed settlement agreement, in light of the requirement of 29 U.S.C. § 216(b) that all collective class members "opt in" through notice to the Court.

**IT IS FURTHER ORDERED THAT** the parties' response to this Order shall clarify the status of Plaintiff's individual claims under the Pennsylvania Minimum Wage Act.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
